Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF   ☐ ST. THOMAS/ST. JOHN   ☑ ST. CROIX

BENEDETTO A. CERILLI, JR
_____
(Print your full name)                         )
                                               )
        Plaintiff *pro se*,                    )
                                               )     **COMPLAINT**
     v. CHRISTIANSTED ISLAND                   )
HOTELS L.L.C. DAVID GAYANICH                   )
CHRISTOPHER GAYANICH                           )     Civil Action No. 2017-019
_____                )     (To be provided by the Clerk of Court)
                                               )
                                               )
_____                )
        Defendant(s)

**Provide full name(s) of defendant(s).** If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part II below.

I.   **Basis for Jurisdiction:**

     ☑ Federal Question (suit is based upon a treaty, federal statute or the United States Constitution)[1]

     What federal Constitutional, statutory or treaty right is at issue?
     _____

     ☑ Diversity (none of the defendants are residents of the state where plaintiff is a resident and the amount in controversy exceeds $75,000.00).[2]

     Plaintiff's state of citizenship: ST. CROIX U.S. V.I.

     Defendant(s) state(s) of citizenship: OKLAHOMA, ST. CROIX

     ☐ Other (describe) _____

---

[1]   *See* 28 U.S.C. § 1331

[2]   *See* 28 U.S.C. § 1332

Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

## II. Parties in this complaint:

A. List your name, address and telephone number. You <u>must</u> keep the Clerk of Court apprised of your current contact information.

Name: BENEDETTO A. CERILLI JR
Street Address: 22 SKYTOP LANE
City/State/Zip Code: CHRISTIANSTED ST CROIX 00820
Telephone No.: 401-569-6538   Email Address: BACJR3@GMAIL.COM

B. Provide the name and address of each defendant listed in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: DAVID RAY GAYANICH
Street Address: 14201 MIDWAY RD. SPRINGER
City/State/Zip Code: SPRINGER OKLA. 73458
Telephone No.: 568 561 6646 / 405 255 7397

Defendant No. 2
Name: CHRISTOPHER GAYANICH
Street Address: 5000 ESTATE CHENAY BAY
City/State/Zip Code: CHRISTIANSTED ST CROIX 00820
Telephone No.: 405 255 7397 / 340 718 2918

If there are more than two defendants, attach a separate sheet. For each defendant, specify: (1) name; (2) street address; and (3) city/state/zip code.

## III. Statement of Claim

Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. **Do not give any legal arguments or cite any cases or statutes**.

A. Where did the events giving rise to your claim(s) occur? ST. CROIX

B. What date did the events giving rise to your claim(s) occur? JUNE 20, 2014 — DEC 10, 2015

Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

C. Provide the essential facts of your case "IN NUMBERED PARAGRAPHS, EACH LIMITED AS FAR AS PRACTICABLE TO A SINGLE SET OF CIRCUMSTANCES."[3] *Attach additional sheets of paper as necessary, numbering each allegation.*

1. Plaintiff was manager of Christiansted Island Hotels L.L.C. and negotiated the purchase of Chenay Bay Hotel.

2. Plaintiff worked at hotel, as manager of L.L.C., formed timeshare operation, secured financing

3. Plaintiff performed other services enumerated in complaint

4. Plaintiff made demand for payment on Oct 25, 2015.

5. Plaintiff has not been paid

6. 

---

[3] FED. R. CIV. P. 10.

Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

### IV. Damages

Describe how you were damaged by any action or conduct of the defendant(s). If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Non payment of $452,500 Loss of ability to earn income due to being preoccupied with Hotel Business

### V. Relief Requested (*check only those that apply*). If you named two or more defendants and are seeking different relief against each defendant, indicate accordingly.

☑ Monetary damages in the amount of: $452,500
against:

☑ All defendants ___ Def. No. 1 ___ Def. No. 2

☐ An injunction ordering: _____
against:

___ All defendants ___ Def. No. 1 ___ Def. No. 2

☐ Other (*specify*): _____
against:

___ All defendants ___ Def. No. 1 ___ Def. No. 2

☑ Costs and fees incurred in litigating this matter.

☐ Trial by jury on all issues so triable.

☑ Such other relief as may be appropriate.

Form VI-Gen
*Pro Se* General Complaint Form
(Rev. 8/24/15)

## VI. Verification and Declaration under Penalty of Perjury

*Initial each of the following*:

___✓___ I have included **one** properly completed Form JS 44 Civil Cover Sheet (available from the clerk's office).

___✓___ I have included **one** properly completed Form VI-AO 44 Summons in a Civil Action (available from the clerk's office) **for each defendant** I am suing, including the defendant's full name, job title and work address.

___✓___ In addition to this complaint with an original signature, I have included **one copy** of this complaint for **each defendant**.

_____ I have included:

☑ Full payment of the filing fee ($400.00) via cash (delivered in person) or check or money order payable to Clerk, District Court of the Virgin Islands; **or**

☐ A properly completed Motion to Proceed *In Forma Pauperis* in a Non-Prisoner Civil Action (Form VI-AO 240-NP)

_____ **\*\*I have included the following (available from the clerk's office):

☐ Motion for Permission for Electronic Case Filing ("e-filing or ECF")

_____ I understand the Court may deny my ECF motion pursuant to Local Rule of Civil Procedure 5.4(b)(2).

_____ I understand if the Court grants my ECF motion, it may subsequently terminate my e-filing access.

☑ Pro Se ECF Registration Form

**\*\*** *INITIAL and complete ECF motion/registration form only if you have access to a computer and an email account.*

___✓___ I agree to promptly notify the clerk of any change of address.

___✓___ I have read all of the statements in this complaint. [*Do not forget to keep a copy for your records.*]

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THIS DOCUMENT IS TRUE AND CORRECT. 28 U.S.C. §1746; 18 U.S.C. §1621

This _30_ day of ___MARCH___, 20_17_   _____
                                          Signature of plaintiff